UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                               )
**PATRICIA PECK,**                             )
       **Plaintiff**             )
                                               )       Case No.:
v.                                             )       3:16-CV-01344-WWE
                                               )
**BANK OF AMERICA N.A. and BAYVIEW**           )       January 17, 2018
**LOAN SERVICING, LLC,**                       )
       **Defendants.**            )
_____)

## STIPULATION OF DISMISSAL

In accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, Plaintiff Patricia Peck and Defendant Bayview Loan Servicing, LLC, hereby stipulate that all claims against Bayview Loan Servicing, LLC and all counterclaims/set-offs against Patricia Peck shall be dismissed with prejudice, and without costs. The parties hereby waive their right of appeal.

                                                  Respectfully submitted,

| The Plaintiff, | The Defendant |
|---|---|
| Patricia Peck | Bayview Loan Servicing, LLC. |
| By their Attorneys, | By its Attorneys, |
| */S/ David Faber Lavery* | */S/ Claudia M. Sklar* |
| David Faber Lavery (ct29971) | Claudia M. Sklar (ct08246) |
| Connecticut Fair Housing Center | O'Connell, Attmore & Morris, LLC |
| 221 Main Street | 280 Trumbull St., 23rd Floor |
| Hartford, CT 06106 | Hartford, CT 06103 |
| 860-560-8948 | 860-548-1300 |
| dlavery@ctfairhousing.org | csklar@oam.com |